**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RICHARD J. COPPOLA, JR.,

             Petitioner

      v.

ADOBE SYSTEMS INCORPORATED AND
ADOBE INCORPORATED,

             Respondents

: No. 725 MAL 2019
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of May, 2020, the Petition for Allowance of Appeal is **DENIED** and the Application to QUASH is DISMISSED.